*Summary Disposition September 11, 2015:*

STANKEVICH V MILLIRON, No. 148097; Court of Appeals No. 310710. By order of April 25, 2014, the application for leave to appeal the October 17, 2013 judgment of the Court of Appeals was held in abeyance pending the decision in *DeBoer v Snyder*, 772 F3d 388 (CA 6, 2014), and any attendant decision from the United States Supreme Court. On order of the Court, the case having been decided on June 26, 2015, sub nom *Obergefell v Hodges*, 576 US ___; 135 S Ct 2584; 192 L Ed 2d 609 (2015), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we vacate the judgment of the Court of Appeals and remand this case to the Court of Appeals for reconsideration in light of *Obergefell*. The motion to proceed on the application for leave to appeal is denied.

ALBION COLLEGE V STOCKADE BUILDINGS, INC, No. 151269; Court of Appeals No. 322917. Pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals for consideration as on leave granted. We further order that trial court proceedings are stayed pending the completion of this appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear. We do not retain jurisdiction.

*Leave to Appeal Denied September 11, 2015:*

*In re* JEZOWSKI, Nos. 152165 and 152166; Court of Appeals Nos. 325112 and 325116.

*In re* JACO/ROBINSON, No. 152178; Court of Appeals No. 323922.

*Superintending Control Denied September 11, 2015:*

BAKER V ATTORNEY GRIEVANCE COMMISSION, No. 151467.

*Rehearing Denied September 11, 2015:*

AROMA WINES AND EQUIPMENT, INC V COLUMBIAN DISTRIBUTION SERVICES, INC, Nos. 148907 and 148909; opinion at 497 Mich 337.

BEALS V STATE OF MICHIGAN, No. 149901; opinion at 497 Mich 363.